STEPHEN L. BURTON (State Bar No. 113748)
15260 Ventura Boulevard Suite 640
Sherman Oaks, California 91403
Telephone: (818)501-5055
Facsimile: (818)501-5849

Attorney for Debtor, LMR Partners, Inc.

**FILED & ENTERED**

**MAY 01 2013**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Remy    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – WOODLAND HILLS

| | |
|---|---|
| LMR PARTNERS, INC.<br><br>Debtor. | Case No. 1:12-bk-14940-AA<br><br>Chapter 7<br><br>ORDER ON MOTION TO DISMISS CASE<br><br>DATE:    March 13, 2013<br>TIME:    10:30 a.m.<br>PLACE:   255 E. Temple St., #1368<br>         Los Angeles, CA 9001 |

The Motion to Dismiss the Case came on for hearing after regular notice on March 13, 2013 at 10:30 a.m. the Honorable Alan Ahart presiding. The tentative ruling was to grant the Motion**, provided that the debtor pays all administrative expenses and sanctions**. No appearances were required or made. Based there on, the Motion is granted.

1
2   FOR GOOD CAUSE SHOWING, IT IS SO ORDERED:
3
4                                                    ###
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   Date: May 1, 2013                    _____
                                          Alan M. Ahart
24                                        United States Bankruptcy Judge
25
26
27
28

| In re:<br><br>LLMR PARTNERS, INC.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 1:12-bk-14940-AA |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*)  ORDER ON MOTION TO DISMISS CASE _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9021-1.1**

| In re: | CHAPTER: 7 |
|---|---|
| LMR PARTNERS, INC.<br>Debtor(s). | CASE NUMBER: 1:12-bk-14940-AA |

ADDITIONAL SERVICE INFORMATION (if needed):

Honorable Alan Ahart
21041 Burbank Blvd. Crtrm 303
Woodland Hills, CA 91367

HARRY HARALAMBUS
15001 OXNARD
Van Nuys, CA  91411

FRANCHISE TAX BOARD
PO BOX 942840
Sacramento, CA  94240-0000

JON PFEIFFER, ESQ.
PHEIFFER, THIGPEN FITGIBBONS
233 WILSHIRE BLVD.
Santa Monica, CA  90401

LAMBUS CORP.
15001 OXNARD
Van Nuys, CA  91411

MARIO D. VEGA
LAW OFFICES OF MARIO D. VEGA
714 WEST OLYMPIC BLVD., #9031
Los Angeles, CA  90015

RICHARD P. WEINSTEIN OF
WEINSTEIN & WISSER, P.C.
29 SOUTH MAIN STREET
West Hartford, CT  06107

ROBERT ROUSSEAU
32 ROARING BROOK PLAZA
East Glastonbury, CT  06025

WILLIAM D. BECKER, ESQ.
LAW OFFICE OF WILLIAM D. BECKE
2321 ROSECRANS AVE., #1265
El Segundo, CA  90245

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**